# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144406

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID FRANKLIN McNEES, JR.,
      Plaintiff-Appellant,

v

DISTRICT CLERK, COURT OF APPEALS,
      Defendant-Appellee.

SC: 144406
COA: 302348
Kalamazoo CC: 2010-001165-FC

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

t0514